■ LYNN M. PERRY, Individually and as Mother and Natural Guardian of KYLE S. ALOI, an Infant, Respondent, v CATHERINE C. MIKOLAJCZYK, Appellant. [688 NYS2d 367] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion for summary judgment dismissing the complaint. Plaintiff's son, Kyle, then seven years old, was bitten by defendant's dog, a 13-year-old male of mixed husky-shepherd breed. The dog was usually kept chained but Kyle saw him running loose in the neighborhood, grabbed his chain and returned him to defendant's yard, where the dog was rechained. The dog then suddenly attacked Kyle, allegedly without provocation, causing injuries to Kyle that required his hospitalization. Defendant met her initial burden by tendering proof in admissible form establishing that she had no knowledge that the dog had vicious propensities. Although plaintiff raised an issue of fact whether the dog had vicious propensities by submitting Kyle's deposition testimony, she failed to raise the additional requisite issue of fact whether defendant knew or should have known of them (see, Wilson v Whiteman, 237 AD2d 814; DiGrazia v Castronova, 48 AD2d 249, 252, citing PJI 2:220). (Appeal from Order of Supreme Court, Cattaraugus County, Nenno, J.—Summary Judgment.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Callahan, JJ.

■ LUZ C. COLON et al., Appellants, v PATRICK R. THIESEN et al., Respondents. [689 NYS2d 885] —Order unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in granting defendants' motion for summary judgment dismissing the complaint on the ground that plaintiff Luz C. Colon did not sustain a serious injury within the meaning of Insurance Law § 5102 (d). Even assuming, arguendo, that defendants met their initial burden, we conclude that plaintiffs presented sufficient proof in admissible form to raise a triable issue of fact (see, Alvarez v Prospect Hosp., 68 NY2d 320, 324). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Callahan, JJ.